


**FILED**

SEP 1 9 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT



September 19, 2006

**VIA FASCIMILIE AND FEDERAL EXPRESS**

Heather Gillette
YouTube, Inc.
71 E Third Avenue, 2nd Floor
San Mateo, CA 94401

Dear Ms. Gillette:

CASE NUMBER  1:06MS00428

JUDGE: Unassigned

DECK TYPE: Miscellanous

DATE STAMP: 09/19/2006

I am contacting you on behalf of the Recording Industry Association of America, Inc. (RIAA) and its member record companies. The RIAA is a trade association whose member companies create, manufacture and distribute approximately ninety (90) percent of all legitimate sound recordings sold in the United States.

We have determined that a user/customer of your system or network is infringing our member record companies' copyrighted sound recordings.

Enclosed is a subpoena and notice of copyright infringement compliant with the Digital Millennium Copyright Act. The subpoena requires that you provide the RIAA with information concerning the individual(s) offering infringing material described in the attached notice.

As is stated in the attached subpoena, you are required to disclose to the RIAA information sufficient to identify the infringer. This would include the individual's IP address and e-mail address.

Thank you for your coopcration in this matter. If you have any questions please feel free to contact me via email at antipiracy@riaa.com, via telephone at (202) 775-0101, or via mail at RIAA, 1330 Connecticut Avenue, N.W., Suite 300, Washington D.C., 20036.

Sincerely,

Mark McDevitt
Director of Operations
Online Copyright Protection
RIAA

## DECLARATION OF MARK MCDEVITT

THE DISTRICT OF COLUMBIA    )    ) s.s.:    )

I, Mark McDevitt, the undersigned, declare that:

1.      I am a Director of Operations, Online Copyright Protection for the Recording Industry Association of America, Inc. (RIAA). The RIAA is a trade association whose member companies create, manufacture or distribute sound recordings. The RIAA is authorized to act on its member companies' behalf on matters involving the infringement of their copyrighted video and sound recordings.

2.      The RIAA is requesting the attached proposed subpoena that would order YouTube, Inc. disclose the identity, including IP address, of the user operating at the following URL addresses:

> http://www.youtube.com/watch?v=1XvetuULU0o
> http://www.youtube.com/watch?v=6eXqn_DTYvs
> http://youtube.com/watch?v=0KIJclkowoc

3.      The purpose for which this subpoena is sought is to obtain the identity of the individual assigned to these URL addresses who has reproduced and is offering for distribution our members' copyrighted video recordings without their authorization. This information will only be used for the purposes of protecting the rights granted to our members, the video recording copyright owners, under Title II of the Digital Millennium Copyright Act.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information or belief.

Executed at Washington, District of Columbia, on September 19, 2006.

Mark McDevitt